[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 253.]

THE STATE EX REL. SLONE, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Slone v. Indus. Comm.*, 1998-Ohio-251.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 95-2243—Submitted May 12, 1998—Decided June 24, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD10-1544.

————————————

*Hochman & Roach Co., L.P.A.*, and *Gary D. Plunkett*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————